[Civ. No. 12740. Second Appellate District, Division Two.—July 11, 1940.]

EDGAR ALLEN, Appellant, v. FANNIE BRICE et al., Defendants; E. R. GELBERG, Respondent.

Cantillon and Glover and Thomas B. Sawyer for Appellant.

Richard Coblentz for Respondent.

McCOMB, J. It having been called to the attention of this court that the appellant has filed in the superior court an abandonment of his appeal in accordance with the provisions of section 954a of the Code of Civil Procedure, the appeal in the above-entitled case is hereby dismissed.

Wood, Acting P. J., concurred.